[No. 20898-2-III.  Division Three.  August 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GENEVIEVE JUSTINE WILLYARD, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00004-0, Rebecca M. Baker, J., entered February 11, 2002. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, J.; Brown, C.J., dissenting.

[No. 21228-9-III.  Division Three.  August 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLINE A. HADENFELDT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02871-8, Richard J. Schroeder, J., entered April 4, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21402-8-III.  Division Three.  August 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02465-6, James M. Murphy, J., entered September 4, 2002. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.